# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**852**

**CAF 13-01383**

PRESENT: SCUDDER, P.J., CARNI, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF CHRISTOPHER CALICE,
PETITIONER-RESPONDENT,

V                                                                    ORDER

JEANINE TURNER, FORMERLY JEANINE CALICE,
RESPONDENT-APPELLANT.

---

ANNA JOST, TONAWANDA, FOR RESPONDENT-APPELLANT.

LINDA M. JONES, ATTORNEY FOR THE CHILD, BATAVIA.

---

Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered August 2, 2013. The order, among other things, directed respondent to pay petitioner the sum of $300.00 for attorney's fees and costs.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see* Family Court Act § 1112 [a]; *Matter of Trentacoste v Trentacoste*, 198 AD2d 284, 285).

Entered:  July 2, 2015                                    Frances E. Cafarell
                                                          Clerk of the Court